THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTER-
NATIONAL BRIDGE COMPANY, Appellant, *v.* STATE TAX
COMMISSION, Respondent.

*Tax — franchise tax — special franchise tax upon right of relator to
maintain bridge across Niagara river and certain streets in city of
Buffalo.*

People ex rel. International Bridge Co. v. State Tax Commission,
208 App. Div. 826, affirmed.

(Argued January 19, 1924; decided February 3, 1925.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered March 12, 1924, which affirmed an
order of Special Term sustaining, on certiorari, a special
franchise tax assessed against the relator for the year
1921. The alleged special franchises consist in the right
of the appellant to maintain and manage a bridge across
the Niagara river from the city of Buffalo to Fort Erie,
Canada, and also the tracks which are used by railroad
companies for approaches to the bridge across Niagara
street, Austin street, Tonawanda street and Dearborn
street, in the city of Buffalo.

*S. Fay Carr* and *Adelbert Moot* for appellant.

*Carl Sherman,* Attorney-General, and *Frederic C. Rupp,*
Corporation Counsel (*Herbert A. Hickman* of counsel), for
respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE,
ANDREWS and LEHMAN, JJ.; HISCOCK, Ch. J., votes to
dismiss appeal on the ground that no sufficient notice
of appeal was served.